Kerry HOGAN, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 100757

Missouri Court of Appeals, Eastern District, DIVISION ONE.

FILED: March 17, 2015

Jessica Hathaway, 1010 Market St., Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Jennifer Ann Rodewald, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Lawrence Mooney, P.J., Clifford H. Ahrens, J., and Lisa Van Amburg, J.

### ORDER

PER CURIAM

Kerry Hogan ("Movant") appeals from the judgment of the motion court denying his request for post-conviction relief pursuant to Rule 29.15 after an evidentiary hearing.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).